# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

VINCENT JAMES ZARRO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3511

_____

November 17, 2023

Appeal from the Circuit Court for Hillsborough County; Laura E. Ward and Mark D. Kiser, Judges.

Howard L. Dimmig, II, Public Defender, and Robert D Rosen, Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, MORRIS, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.